United States Bankruptcy Court
District of Colorado

In re:
Brandy Dawn Swope
Robert Lee Ferriter
Debtors

Case No. 26-10423-KHT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1082-1
Date Rcvd: Apr 27, 2026

User: admin
Form ID: 177


Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandy Dawn Swope, 3301 East 8th Street, Pueblo, CO 81001-2407 |
| db | + | Robert Lee Ferriter, 3301 East 8th Street, Pueblo, CO 81001-2407 |
| 20037939 | + | 3rd District Court of Utah for Salt Lake, 333 South 200 East, Salt Lake City, UT 84111-2801 |
| 20037947 | + | Blackwater, 200 Summit Drive, Suite610, Burlington, MA 01803-5261 |
| 20037948 | + | Blue Bridge, 11921 Freedom Drive, Suite 1130, Reston, VA 20190-6225 |
| 20037950 | + | Brown Dunning Walker Fein Drusch PC, 7995 E. Prentice Ave., Suite 101-E, Englewood, CO 80111-2710 |
| 20037957 | + | Cara Thorton, 1099 18th Street, #1900, Denver, CO 80202-1905 |
| 20037980 | | Lease Consultants Corp., PO BOX 1397, Clive, IA 50325 |
| 20037982 | + | Marlene E. Martinez, 1221 East 6th Street, Pueblo, CO 81001-3707 |
| 20037986 | + | PAV Law, 102 S. Tejon St., Suite 1100, Colorado Springs, CO 80903-2253 |
| 20037987 | + | Priority Capital, 200 Summit Drive, Suite 610, Burlington, MA 01803-5261 |
| 20037996 | + | Security Service FCU, P.O. Box 27377, San Antonio, TX 78227-0377 |
| 20038006 | | Webbank/Onemain/FIS, P.O. BOX 31535TA-74, Tampa, FL 33631 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 20037941 | + | EDI: ATTWIREBK.COM | Apr 28 2026 03:02:00 | AT & T, PO BOX 5014, Carol Stream, IL 60197-5014 |
| 20037940 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 27 2026 23:09:00 | Apple Card, LOCKBOX 6112, PO BOX 7247, Philadelphia, PA 19170-0001 |
| 20037942 | + | EDI: BCSERVICES.COM | Apr 28 2026 03:02:00 | Bc Services Inc, 550 Disc Dr., Longmont, CO 80503-9343 |
| 20037943 | + | Email/Text: dshumaker@beaconfunding.com | Apr 27 2026 23:09:00 | Beacon Funding, 3400 Dundee Road, Suite 180, Northbrook, IL 60062-2367 |
| 20037946 | ^ | MEBN | Apr 27 2026 23:01:56 | Black Hills Energy, PO BOX 7966, Carol Stream, IL 60197-7966 |
| 20037949 | + | Email/Text: bankruptcy@bluefcu.com | Apr 27 2026 23:08:00 | Blue Federal Credit Union, 114 E 7th Ave, Cheyenne, WY 82001-1314 |
| 20037959 | | EDI: CITICORP | Apr 28 2026 03:02:00 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 20037961 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2026 23:22:17 | CREDIT ONE BANK NA, PO BOX 98875, Las Vegas, NV 89193-8875 |
| 20037951 | | EDI: CAPITALONE.COM | Apr 28 2026 03:02:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

| | | | | |
|---|---|---|---|---|
| 20037956 | + | EDI: CAPONEAUTO.COM | Apr 28 2026 03:02:00 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 20046990 | + | EDI: AISACG.COM | Apr 28 2026 03:02:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 20037960 | + | EDI: CITICORP | Apr 28 2026 03:02:00 | Citicards CBNA, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 20037966 | + | EDI: DISCOVER | Apr 28 2026 03:02:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE, UT 84130-0939 |
| 20037965 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 27 2026 23:09:00 | Dept of Ed/ Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 20037967 | + | Email/Text: EBN@edfinancial.com | Apr 27 2026 23:08:00 | EDFinancial Services, 120 N Seven Oaks DR., Knoxville, TN 37922-2359 |
| 20037975 | ^ | MEBN | Apr 27 2026 23:01:48 | FSB Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 20037973 | + | Email/Text: bankruptcy@firstelectronic.com | Apr 27 2026 23:09:00 | First Electric Bank, 2150 S 1300 E, Ste 400, Salt Lake City, UT 84106-4336 |
| 20037974 | + | EDI: AMINFOFP.COM | Apr 28 2026 03:02:00 | First Premier Bank, 601 S MINNESOTA AVE, Sioux Falls, SD 57104-4868 |
| 20037977 | + | Email/Text: gfslegal@gatewayfinancial.org | Apr 27 2026 23:09:00 | GFS II LLC, 999 S Washington Ave, Saginaw, MI 48601-2573 |
| 20037978 | | Email/Text: reports@halstedfinancial.com | Apr 27 2026 23:08:00 | Halsted Financial Services, 8001 Lincoln Ave., Suite 500, Skokie, IL 60077 |
| 20037979 | | EDI: JEFFERSONCAP.COM | Apr 28 2026 03:02:00 | Jefferson Capital Syst, 200 14th Ave E, Sartell, MN 56377-4500 |
| 20037981 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2026 23:22:32 | Lvnv Funding LLC, PO BOX 1269, Greenville, SC 29602-1269 |
| 20037984 | + | EDI: NFCU.COM | Apr 28 2026 03:02:00 | Navy Federal Credit Union, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 20037985 | + | EDI: AGFINANCE.COM | Apr 28 2026 03:02:00 | One Main Financial, PO Box 31535 TA-74, Tampa, FL 33631-3535 |
| 20037988 | ^ | MEBN | Apr 27 2026 23:02:11 | PUEBLO COMBINED COURT - PUEBLO, 501 N. Elizabeth St., Pueblo, CO 81003-2332 |
| 20037995 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2026 23:22:20 | Resurgent/LVNV Funding, PO BOX 1269, Greenville, SC 29602-1269 |
| 20037997 | | Email/Text: bankruptcy@springoakscapital.com | Apr 27 2026 23:08:00 | Spring Oaks Capital LLC, 1400 Crossways Blvd Ste, Chesapeake, VA 23320 |
| 20037998 | | EDI: AISTMBL.COM | Apr 28 2026 03:02:00 | Sprint Mobile, P.O. Box 742596, Cincinnati, OH 45274-2596 |
| 20037999 | + | EDI: SYNC | Apr 28 2026 03:02:00 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 20038000 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 27 2026 23:08:00 | TBOM/Atls/Aspire, 5 Concourse PKWY Ste 400, Atlanta, GA 30328-9114 |
| 20038001 | + | EDI: TCISOLUTIONS.COM | Apr 28 2026 03:02:00 | Total Visa Bank of Missouri, P.O.Box 85710, Sioux Falls, SD 57118-5710 |
| 20038002 | + | EDI: TCISOLUTIONS.COM | Apr 28 2026 03:02:00 | Total Visa/TBOM/ VT, 10182 Telesis Ct Ste 300, San Diego, CA 92121-4777 |
| 20038003 | + | Email/Text: bankruptcynotices@sba.gov | Apr 27 2026 23:09:00 | U.S. Small Business Administration, ATTN: EIDL, PO BOX 3918, Portland, OR 97208-3918 |
| 20038004 | + | EDI: VERIZONCOMB.COM | Apr 28 2026 03:02:00 | Verizon Wireless, PO BOX 650051, Dallas, TX |

| | | | |
|---|---|---|---|
| | | | 75265-0051 |
| 20038007 | ^ MEBN | Apr 27 2026 23:02:30 | Xcel Enegy, PO BOX 660553, Dallas, TX 75266-0553 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20037970 | | Colorado Springs, CO 80921 |
| 20037972 | | Colorado Springs, CO 80921 |
| 20037969 | | ENT Credit Union, 11550 ENT Parkway |
| 20037971 | | ENT Credit Union, 11550 ENT Parkway |
| 20037944 | *+ | Beacon Funding, 3400 Dundee Road, Suite 180, Northbrook, IL 60062-2367 |
| 20037945 | *+ | Beacon Funding, 3400 Dundee Road, Suite 180, Northbrook, IL 60062-2367 |
| 20037962 | *+ | CREDIT ONE BANK NA, PO BOX 98875, Las Vegas, NV 89193-8875 |
| 20037963 | *+ | CREDIT ONE BANK NA, PO BOX 98875, Las Vegas, NV 89193-8875 |
| 20037964 | *+ | CREDIT ONE BANK NA, PO BOX 98875, Las Vegas, NV 89193-8875 |
| 20037952 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 20037953 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 20037954 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 20037955 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 20037958 | *+ | Cara Thorton, 1099 18th Street, #1900, Denver, CO 80202-1905 |
| 20037968 | *+ | EDFinancial Services, 120 N Seven Oaks DR., Knoxville, TN 37922-2359 |
| 20037976 | *+ | FSB Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 20037989 | *+ | PUEBLO COMBINED COURT - PUEBLO, 501 N. Elizabeth St., Pueblo, CO 81003-2332 |
| 20037990 | *+ | PUEBLO COMBINED COURT - PUEBLO, 501 N. Elizabeth St., Pueblo, CO 81003-2332 |
| 20037991 | *+ | PUEBLO COMBINED COURT - PUEBLO, 501 N. Elizabeth St., Pueblo, CO 81003-2332 |
| 20037992 | *+ | PUEBLO COMBINED COURT - PUEBLO, 501 N. Elizabeth St., Pueblo, CO 81003-2332 |
| 20037993 | *+ | PUEBLO COMBINED COURT - PUEBLO, 501 N. Elizabeth St., Pueblo, CO 81003-2332 |
| 20037994 | *+ | PUEBLO COMBINED COURT - PUEBLO, 501 N. Elizabeth St., Pueblo, CO 81003-2332 |
| 20037983 | ##+ | Mobile Video Computing Solutions, 1397 Piedmont Rd., Suite 800, Troy, MI 48083-1915 |
| 20038005 | ##+ | Wakefield and Associates Inc, 3033 S. Parker Rd., Ste 1010, Aurora, CO 80014-2919 |

TOTAL: 4 Undeliverable, 18 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cara Fishburn Thornton | on behalf of Creditor Blue Bridge Financial Inc. CThornton@Buchalter.com, sneel@buchalter.com;docket@buchalter.com |
| Christine Larsen | on behalf of Debtor Brandy Dawn Swope cpkoveleski@comcast.net Pacheco-Larsen.ChristineB126831@notify.bestcase.com |

| | |
|---|---|
| Christine Larsen | on behalf of Debtor Robert Lee Ferriter cpkoveleski@comcast.net Pacheco-Larsen.ChristineB126831@notify.bestcase.com |
| Ilene Dell'Acqua | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bknotice@mccarthyholthus.com, idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com |
| Jared Walters | jcWalters7@gmail.com CO09@ecfcbis.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Brandy Dawn Swope<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx-xx-9167 |
| | | EIN | _ _-_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Robert Lee Ferriter<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx-xx-9495 |
| | | EIN | _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Colorado | | |
| Case number: | 26-10423-KHT | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brandy Dawn Swope

Robert Lee Ferriter

4/27/26

**By the court:** Kimberley H. Tyson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**